No. 74–376. SUSQUEHANNA VALLEY TEACHERS' ASSN. ET AL. *v.* CENTRAL SCHOOL DISTRICT No. 1 OF TOWN OF CONKLIN ET AL. App. Div., Sup. Ct. N. Y., 3d Jud.

Dept.    Certiorari  denied.